NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARIN A. JONES,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF JUSTICE,**
*Intervenor.*

---

2014-3050

---

Petition for review of the Merit Systems Protection Board in No. DC-3151-12-0847-I-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Darin A. Jones moves for a protective order to seal docket entries 6-7, Jones's informal brief, and 15-18, the

Department of Justice's informal brief and appendix and the Merit Systems Protection Board's informal brief.

Jones has not filed a confidential and non-confidential version of his brief, which is how he could identify what matters are confidential. Fed. Cir. R. 28(d)(1)(B). Further, Jones has not identified what specific matters might be confidential in the other documents.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26